IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DELORES HUDSON § | |
|     Plaintiff § | |
| § | |
| V. § | CIVIL ACTION NO: 5:18-cv-00818-DAE |
| § | |
| WAL-MART STORES TEXAS, LLC § | |
|     Defendant § | |

## AGREED JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, DELORES HUDSON, moves the Court to dismiss Plaintiff's civil action with prejudice against Defendant, WAL-MART STORES TEXAS, LLC, and would show the Court the following:

### I.

The parties have reached an amicable settlement in this matter. Plaintiff wishes to dismiss her claims against Defendant, WAL-MART STORES TEXAS, LLC. Plaintiff prays for dismissal with prejudice.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request the Court grant this Agreed Joint Motion to Dismiss Plaintiff, DELORES HUDSON'S claims with prejudice.

Respectfully submitted,

By: /s/ Delores Hudson
Delores Hudson
2215 Dalhart Pass
San Antonio, Texas 78245
T: 210.426.2474
E: dhudson4579@gmail.com
*Pro Se Plaintiff*

## CERTIFICATE OF SERVICE

In accordance with the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the above and foregoing pleading was served on the following counsel of records on the 25th day of June 2019:

***Served Via: Email service@pgtxlaw.com***
Paul Garcia
**PAUL GARCIA & ASSOCIATES**
1901 NW Military Hwy, Suite 218
San Antonio, Texas 78213
T: (210) 340-1818
F: (210) 340-4073
E: service@pgtxlaw.com
*Attorneys for Defendant*

/s/
_____
Ms. Delores Hudson