IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **DELORES HUDSON**<br>    **Plaintiff** | §<br>§<br>§ |
| V. | § CIVIL ACTION NO: 5:18-cv-00818<br>§ |
| **WAL-MART STORES TEXAS, LLC**<br>    **Defendant** | §<br>§<br>§ |

## ORDER OF DISMISSAL/FINAL JUDGMENT

On the 26th day of June 2019, the parties' Motion to Dismiss and Final Judgment was heard, and the Court, after considering all pertinent pleadings, is of the opinion that such motion should be granted.

IT IS, THEREFORE, ORDERED that all of Plaintiff, DELORES HUDSON'S claims against Defendant, WAL-MART STORES TEXAS, LLC, whether for personal injury, premises liability, property damage, negligence, gross negligence, negligent hiring, breach of contract, product liability, deceptive trade practices or other wrong, are DISMISSED WITH PREJUDICE.

All relief not expressly granted herein is hereby DENIED.

SIGNED on the 26th day of June, 2019.

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE

**AGREED AS TO SUBSTANCE AND FORM:**

*[signature]*

Delores Hudson
2215 Dalhart Pass
San Antonio, Texas 78245
T: 210.426.2474
E: dhudson4579@gmail.com
*Pro Se Plaintiff*


/s/ *Paul Garcia*
Paul Garcia
State Bar No. 00798199
PAUL GARCIA & ASSOCIATES
1901 NW Military, Suite 218
San Antonio, Texas 78213
T: 210.340.1818
F: 210.340.4073
E: service@pgtxlaw.com
*Attorneys for Defendants*